

# Fourth Court of Appeals
## San Antonio, Texas

June 19, 2014

No. 04-13-00805-CR

Ex Parte Santos **GUEVARA**,
Appellant

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 4704-A
Honorable N. Keith Williams, Judge Presiding

## O R D E R

Sitting: Sandee Bryan Marion, Justice
      Marialyn Barnard, Justice
      Rebeca C. Martinez, Justice

Appellant is represented on appeal by retained counsel, Mr. James R. Chapman. Mr. Chapman has already been granted one sixty-day extension of time in which to file appellant's brief, which was due June 9, 2014. On June 4, 2014, Mr. Chapman filed a second motion asking for an extension of time until August 11, 2014. In his motion, Mr. Chapman stated there are three appeals, including this one, pending before this court that are all inter-related, and he intends to file a motion to consolidate at a future date. Mr. Chapman also stated that a hearing on whether appellant is indigent was set for June 12, 2014, in one of the three appeals (appellate cause number 04-14-00303-CR). In an order dated June 10, 2014, this court ordered Mr. Chapman's motion for an extension of time held in abeyance and ordered Mr. Chapman to file a letter with this court stating (1) the outcome of the indigency hearing in appellate cause number 04-14-00303-CR, and (2) whether appellant intends to pursue his appeal in appellate cause number 04-13-00805-CR. On June 17, 2014, Mr. Chapman filed a letter stating appellant is entitled to a free record in appellate cause number 04-14-00303-CR and appellant intends to pursue his appeal in appellate cause number 04-13-00805-CR.

We GRANT Mr. Chapman's request for an extension of time and ORDER Mr. Chapman to file appellant's brief <u>no later than August 9, 2014.</u> Although we understand issues in this appeal may be intertwined with the two other appeals, because this is an accelerated appeal, **no further extensions of time will be considered or granted**.

The clerk of this court shall cause a copy of this order to be served on Mr. Chapman by certified mail, return receipt requested, and by regular United States mail. The clerk of this court

also shall cause a copy of this order to be faxed to the Honorable N. Keith Williams, Presiding Judge, 216th Judicial District Court, Gillespie County, Texas.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of June, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court